# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LANCE JUSTIN STAFFORD,<br><br>    Defendant. | Case No. 2:03-CR-00583-KJD-RJJ<br><br>**ORDER** |

    Presently before the Court is Defendant's Motion for a Sentence Reduction under Amendment 782 of 18 U.S.C. § 3582(c) (#35). Also before the Court is Defense Counsel's Motion to Withdraw as Attorney (#39). Here, the Court finds that Defendant is ineligible for a sentence reduction pursuant to § 3582(c), Amendment 782, and U.S.S.S.G. § 1B1.10, effective November 1, 2014, because Defendant was sentenced as a Career Offender, pursuant to U.S.S.S.G. § 4B1.1. Additionally, Defendant received a benefit of a downward variance and was sentenced to a term of imprisonment (180 months total term of custody) that is lower than that to be provided by an amended Offense Level Calculation. Therefore, the Court denies Defendant's motion for a sentence reduction. Furthermore, having read and considered the motion to withdraw, and good cause being found, it is granted.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for a Sentence Reduction under Amendment 782 of 18 U.S.C. § 3582(c) (#35) is **DENIED**;

IT IS FURTHER ORDERED that Defense Counsel's Motion to Withdraw as Attorney (#39) is **GRANTED**.

DATED this 28th day of July 2015.

_____
Kent J. Dawson
United States District Judge

2